AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **McALLEN DIVISION**

United States Courts
Southern District of Texas
**TEXAS** FILED
*July 20, 2024*
Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
V.
Julio Cesar Guerrero-Sanchez

**CRIMINAL COMPLAINT**

Case Number: M-24-1201-M

IAE   YOB: 1966
Mexico

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __July 18, 2024__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

The Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Los Ebanos, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony).
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Julio Cesar Guerrero-Sanchez was encountered by Border Patrol Agents near Los Ebanos, Texas, on July 18, 2024. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 18, 2024, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 7, 2024, through Brownsville, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On September 26, 2022, the Defendant was convicted of Indecency With A Child Sexual Contact, and sentenced to seven (7) years probation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA R. Guerra
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

July 20, 2024 at 12:30 p.m.

/s/ Jonathan Quintero
**Signature of Complainant**
Jonathan Quintero     Border Patrol Agent

J. Scott Hacker     , U.S. Magistrate Judge
**Name and Title of Judicial Officer**
Signature of Judicial Officer